COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Dustie Davenport

Appellate case number:     01-14-00956-CV

Trial court case number:    411333

Trial court:               Probate Court No. 4 of Harris County

On November 26, 2014, relator, Dustie Davenport, filed a petition for writ of mandamus challenging the trial court's March 27, 2013 and April 23, 2014 orders restricting her visitations of, and then barring her access to, Richard Lee Woodside, Jr. The Court requests that the real party in interest, Marcia Pevey, respond to the petition for writ of mandamus, with specific attention to relator's argument regarding personal jurisdiction. It is **ordered** that the response of any interested party, if any, shall be due within 30 days of the date of this order.

It is so ORDERED.

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                       ☒  Acting individually

Date:  December 4, 2014